

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### ORDER

Appellate case name:  James Daniel Green v. The State of Texas

Appellate case number:  01-19-00399-CR

Trial court case number:  18135

Trial court:  506th District Court of Grimes County

Appellant's second motion for extension of time to file appellant's brief is granted in part. Appellant's brief is due **Thursday, January 30, 2020.**

It is so ORDERED.

Judge's signature: _____/s/ Russell Lloyd_____
                             Acting individually

Date:  December 17, 2019